| OWNER | MOTION PICTURE | Certificate Number |
|---|---|---|
| Fallen Productions, Inc. | *Angel Has Fallen* | PA0002197434, PAu003917080 |
| Eve Nevada, LLC | *Ava* | PA0002235557, PAu003943693 |
| Millennium Funding, Inc. | *Automata* | PA0001923090, PAu003712705 |
| Bodyguard Productions, Inc. | *The Hitman's Bodyguard* | PAu003844508, PAu003849477 |
| Millennium Funding, Inc. | *Criminal* | PA0001984029, PAu003772954 |
| Gunfighter Productions, LLC | *Disturbing the Peace* | PAu003991009 |
| Voltage Holdings, LLC | *Extremely Wicked, Shockingly Vile and Evil* | PAu003953148, PAu003905674 |
| HB Productions, Inc. | *Hellboy* | PA0002176664 |
| Killing Link Distribution, LLC | *Kill Chain* | PAu003975781 |
| LHF Productions, Inc. | *London Has Fallen* | PA0001982831, PAu003789521 |
| Millennium Funding, Inc. | *Mechanic: Resurrection* | PA0001998057 |
| Rambo V Productions, Inc. | *Rambo V: Last Blood* | PA0002202971 |
| Wonder One, LLC | *The 2nd* | PAu004025415 |

**Exhibit "1"**