IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| FALLEN PRODUCTIONS, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-282-RDA-TCB |
| ) | |
| JOHN OR JANE DOE d/b/a ) | |
| POPCORNTIME.APP, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

THE COURT will please note the appearance of the undersigned as co-counsel for the plaintiffs.

Respectfully submitted,

 /s/ Tyler Southwick
Tyler Southwick
Virginia Bar No. 91087
Counsel for Plaintiffs
HYLAND LAW PLLC
1818 Library Street, Suite 500
Reston, VA 20190
(703) 956-3548 (Tel.)
(703) 935-0349 (Fax)
tsouthwick@hylandpllc.com