

**CULPEPPER IP, LLLC**

ATTORNEY AT LAW

75-170 HUALALAI ROAD, SUITE B204
KAILUA-KONA, HI 96740

TEL: (808) 464-4047
FAX: (202) 204-5181

WWW.CULPEPPERIP.COM

PATENTS, TRADEMARKS & COPYRIGHTS

KERRY S. CULPEPPER *

* ADMITTED TO PRACTICE IN VIRGINIA, HAWAI'I
AND BEFORE THE USPTO

<u>Via ECF</u>

March 31, 2021

Judge Alston
United States District Court – Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

Re: Permission to attend April 7 hearing remotely for Motion in MILLENNIUM FUNDING, INC. *et al.* v. WICKED TECHNOLOGY LIMITED d/b/a VPN.HT, 1:21-cv-00282-RDA-TCB

Dear Judge Alston,

I am writing to kindly request permission to attend the April 7 hearing remotely. My office and residence are in Hawaii. I was admitted *pro hac vice* in this matter. I am currently scheduled to receive my first coronavirus vaccine dose on April 5 (Monday) here in Hawaii. It was not easy to make a reservation due to high demand.

My insurer Kaiser has informed me that there is a risk of side effects from the vaccine. Indeed, a person I know personally had significant side effects the day after receiving the first dose that required him to stay home the entire day. Therefore, I am preparing for the contingency that I may have to stay home all day on April 6.

On the other end, in order to ensure that I could arrive in person on time for the April 7 hearing, I would have to leave Hawaii the evening of April 5 due to the 12-14 hour travel time and limited flights. This would place me in transit while at risk of enduring the side effects of the vaccine.

Accordingly, I respectfully requested that the Court grant me permission to attend the hearing of April 7 remotely.

Respectfully,

*Kerry S. Culpepper*

Kerry S. Culpepper,
VA Bar ID No. 45,292
HI Bar No. 9837