UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MILLENNIUM FUNDING, INC., et al,<br><br>Plaintiffs,<br><br>v.<br><br>WICKED TECHNOLOGY LIMITED et al.,<br><br>Defendants. | Civil Action No. 1:21-cv-00282-RDA-TCB |

### NOTICE OF WAIVER OF HEARING

Pursuant to Local Rule 7(j) and Rule 78(b) of the *Federal Rules of Civil Procedure*, the Plaintiffs MILLENNIUM FUNDING, INC., EVE NEVADA, LLC, HUNTER KILLER PRODUCTIONS, INC., BODYGUARD PRODUCTIONS, INC., GUNFIGHTER PRODUCTIONS, LLC, MILLENNIUM IP, INC., VOLTAGE HOLDINGS, LLC, KILLING LINK DISTRIBUTION, LLC, LHF PRODUCTIONS, INC., RAMBO V PRODUCTIONS, INC., NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., WONDER ONE, LLC and 42 VENTURES, LLC, by counsel, waive a hearing and submit their Second *Ex Parte* Motion for Temporary Asset Restraint, Preliminary Injunction and Expedited Discovery [Doc. #19] for disposition upon the papers filed.

.

Dated: April 9, 2021

Respectfully submitted,

/s/ Kerry S. Culpepper

20-023I

Kerry S. Culpepper,
Virginia Bar No. 45292
Counsel for Plaintiffs
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Tel.: (808) 464-4047
Fax.: (202) 204-5181
kculpepper@culpepperip.com

20-023I