# HYLAND LAW PLLC

ATTORNEYS AT LAW
1818 LIBRARY STREET, SUITE 500
RESTON, VIRGINIA 20190
(703) 956-3566
FAX (703) 935-0349
hylandpllc.com

RECEIVED MAILROOM
APR 13 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA

TIMOTHY B. HYLAND*
TYLER SOUTHWICK^
KAYLA L. CARROWAY#
MICHAEL E. GELTNER, OF COUNSEL§
MICHAEL J. BRAMNICK, OF COUNSEL+

April 12, 2021

*ADMITTED IN VA, DC, MD, NY AND WV
+ADMITTED IN VA, MD AND DC
^ADMITTED IN VA AND DC
§ ADMITTED IN VA AND NY
# ADMITTED IN VA

*By FedEx*

Office of the Clerk
United States District Court for
  the Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

      Re:   Millennium Funding, et al. v. Wicked Technology Limited, et al.
             Civil Action No. 1:21-cv-282 (RDA/TCB)

Dear Sir or Madam:

      I have enclosed a check for $50,000.00, representing a cash bond required pursuant to the Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction entered on April 8, 2021, by Judge Alston [ECF No. 16].

      Thank you.

                                             Sincerely,

                                             Timothy B. Hyland

Enclosure

cc:  Kerry Culpepper, Esquire (by email)