## ** CIVIL MINUTES **

Date: 4/15/2021                      Judge: Alston
Time: 10:34 – 10:45
Reporter: T. Harris

Civil Action Number: 1:21cv282

Fallen Productions, Inc., et al. v. Doe, et al.

| Counsel for Plaintiffs: | Counsel for Defendants: |
|---|---|
| Kerry Culpepper | |

Appearance of Counsel for Plaintiffs

Matter on for:

Preliminary Injunction Hearing

Plaintiff's [19] Second Ex Parte Motion for Temporary Asset Restraint, Preliminary Injunction and Expedited Discovery

Motions argued and taken under advisement. TRO previously entered to remain in effect. Ruling to issue by the end of the week.