**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| MILLENNIUM FUNDING, INC., EVE NEVADA, LLC, HUNTER KILLER PRODUCTIONS, INC., BODYGUARD PRODUCTIONS, INC., GUNFIGHTER PRODUCTIONS, LLC, VOLTAGE HOLDINGS, LLC, MILLENNIUM IP, INC., KILLING LINK DISTRIBUTION, LLC, LHF PRODUCTIONS, INC., RAMBO V PRODUCTIONS, INC., NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., WONDER ONE, LLC, and 42 VENTURES, LLC,<br><br>    Plaintiffs,<br><br>    vs.<br><br>WICKED TECHNOLOGY LIMITED d/b/a VPN.HT, VPN.HT LIMITED, MOHAMED AMINE FAOUANI, JOHN OR JANE DOE d/b/a POPCORNTIME.APP, and DOES 1-100,<br><br>    Defendants. | Civil Action No. 1:21-cv-00282-RDA-TCB<br><br>Notice of Hearing<br>May 28, 2021 |

**NOTICE OF HEARING ON MOTION TO DISMISS**
**MAY 28, 2021**

COMES NOW Defendants WICKED TECHNOLOGY LIMITED d/b/a VPN.HT, VPN.HT LIMITED, and MOHAMED AMINE FAOUANI (collectively, "Defendants"), by counsel and by special appearance for the limited purpose of challenging personal jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, and respectfully requests the Clerk to docket a hearing on Defendants' Motion to dismiss (Dkt. No. 029) for May 28, 2021 at 10:00 AM.

Date:   May 6, 2021                            Respectfully Submitted,

                                                    WICKED TECHNOLOGY LIMITED d/b/a
                                                    VPN.HT, VPN.HT LIMITED, and
                                                    MOHAMED AMINE FAOUANI


/Benjamin E. Maskell/_____
Benjamin E. Maskell, Esquire
Va. State Bar No. 78791
MASKELL LAW PLLC
937 N. Daniel St.
Arlington, VA 22201
Telephone: (703) 568-4523
Email: Ben@MaskellLaw.com
*Counsel for Defendants Wicked Technology Limited, VPN.HT Limited, and Mohamed Amine Faouani*

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2021, a true copy of the foregoing Notice of Hearing was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following:

Kerry S. Culpepper
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
kculpepper@culpepperip.com
*Counsel for Plaintiffs*

Timothy B. Hyland
HYLAND LAW PLLC
1818 Library Street, Suite 500
thyland@hylandpllc.com
*Counsel for Plaintiffs*

/Benjamin E. Maskell/_____
Benjamin E. Maskell, Esquire
Va. State Bar No. 78791
MASKELL LAW PLLC
937 N. Daniel St.
Arlington, VA 22201
Telephone: (703) 568-4523
Email: Ben@MaskellLaw.com
*Counsel for Defendants Wicked Technology Limited, VPN.HT Limited, and Mohamed Amine Faouani*