UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MILLENNIUM FUNDING, INC., et al,

    Plaintiffs,

v.

WICKED TECHNOLOGY LIMTED et al.,

    Defendants.

Civil Action No. 1:21-cv-00282-RDA-TCB

## SECOND REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT DOE

Pursuant to Fed. R. Civ. P. 55(a), Plaintiffs MILLENNIUM FUNDING, INC., EVE NEVADA, LLC, HUNTER KILLER PRODUCTIONS, INC., BODYGUARD PRODUCTIONS, INC., GUNFIGHTER PRODUCTIONS, LLC, MILLENNIUM IP, INC., VOLTAGE HOLDINGS, LLC, KILLING LINK DISTRIBUTION, LLC, LHF PRODUCTIONS, INC., RAMBO V PRODUCTIONS, INC., NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., WONDER ONE, LLC and 42 VENTURES, LLC ("Plaintiffs"), by and through their counsel, hereby move for entry of default by the Clerk of the Court against Defendant JOHN OR JANE DOE d/b/a POPCORNTIME.APP ("Doe").

Defendant Doe was served a copy of the First Amended Complaint ("FAC") by registered e-mail using the third-party company RPost on April 8, 2021 pursuant to the TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION [Doc. #16] ("TRO") and Fed. R. Civ. P. 4(f)(3). *See* AFFIDAVIT OF SERVICE [Doc. #22]. Defendant Doe was served the summons and a copy of the FAC again by registered e-mail using the third-party company RPost on June 18, 2021 pursuant to the TRO and Fed. R.

Civ. P. 4(f)(3).  *See* DECLARATION OF SERVICE [Doc. #38].  Defendant DOE's responsive pleadings was due on or before July 12, 2021 per Fed R. Civ. P. 12(a)(A)(i).  Defendant DOE has failed to appear or otherwise defend.

For these reasons, Plaintiffs request that the Clerk of the Court enter default judgment on all claims plead in the First Amended Complaint against Defendant DOE.

Dated:  July 13, 2021

Respectfully submitted,

 /s/ Kerry S. Culpepper

Kerry S. Culpepper*,*
Virginia Bar No. 45292
Counsel for Plaintiffs
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Tel.: (808) 464-4047
Fax.: (202) 204-5181
kculpepper@culpepperip.com