# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| MILLENNIUM FUNDING, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WICKED TECHNOLOGY LIMITED d/b/a VPN.HT *et al.*, <br><br> Defendants. | Case No.: 1:21-cv-00282-RDA-TCB <br><br> **DECLARATION OF JOSHUA LEE** |

# DECLARATION OF JOSHUA LEE

JOSHUA LEE, hereby declares under penalty of law that the following is true and correct:

1. I am employed as associate attorney for Plaintiffs' counsel. I have personal knowledge of the matters stated herein, and this declaration is given in support of Plaintiffs' Motion for Default Judgment ("Motion") against Defendant Doe d/b/a POPCORNTIME.APP ("Defendant")

2. Defendant Doe operates a message forum "subreddit" on the social medial platform Reddit called "r/PopcornTimeApp" together with others including but not limited to Defendant Faouani.  *See* https://www.reddit.com/r/PopCornTimeApp/ [last accessed on 8/19/2021].

3. After Defendants Wicked, VPN.ht and Faouani took down the website popcorntime.app and ended support for the Popcorn Time app, Doe modified the Frequently Asked Questions ("FAQ") of the subreddit to instruct users to go to http://popcorn-ru.tk/build/ to download a new version of Popcorn Time and included detailed instructions on how users on how to operate the new version. *See* https://www.reddit.com/r/PopCornTimeApp/wiki/faq.  Below is a partial screenshot of



4. A message directed to Plaintiffs' counsel personally was left in the subreddit.  Below is a true and correct partial screenshot of the message.



5. One of the moderators of this subreddit is "wallydz".



6. The same wallydz account also made numerous posts promoting VPN.ht and explaining its operations. Also, the PayPal account for Defendant Faouani is wallacez@dzlearn.net. Accordingly, I believe Defendant Faouani is "wallydz".



7. On August 20, 2021, I visited the domain http://popcorn-ru.tk/build/. Below is a true and accurate screenshot of the domain:



## Legal Services

8. I have direct knowledge of the legal services performed for Plaintiffs in filing this action.

9. Plaintiffs seek an award of attorney's fees for legal services and for its costs of suit as described in detail below.

### Joshua Lee's Attorney Fees

| Date | Description | Hours |
|---|---|---|
| 3/1/2021 | Compile Wicked VPN IP addresses, research server locations | 2 |

| | | |
|---|---|---|
| 3/4/2021 | Research VPN.HT website for advertisements, services, location, hosting providers. Search DMCA agent, policy | 8.5 |
| 3/10/2021 | Research YTS users, IP addresses for VA customers | 2.5 |
| 3/22/2021 | Research web archives for older versions of Popcorn Time websites for advertising and DMCA policy | 1.5 |
| 3/30/2021 | Final check of FAC, declarations, exhibits. Discuss changes with Counsel | 4 |
| 4/9/2021 | Prepare subpoenas on third parties Cloudflare, Github, and Paypal; prepare letters for TRO and declaration of service [Doc. #18] | 3 |
| 5/10/2021 | Study motion to dismiss [Doc. #30] | 1.5 |
| 8/11/2021 – 8/13/2021 | Draft Motion for Default Judgment | 6 |
| 8/16/2021 – 8/17/2021 | Prepare declarations, tabulate hours, costs | 4 |
| 8/19/2021 | Check citations, edit Motion, declarations | 3.25 |
| | TOTAL HOURS | 36.25 |

E. <u>Motions Practice</u>

    JOSHUA LEE    36.25 hours @ $250/hour =    $ 8437.50

    **Total Fees**    **$ 8437.50**

10. The hourly rate proposed to be charged for the foregoing services by me were at or below rates customarily charged in the community for similar work by attorneys of similar, experience, ability, and standing in the Virginia legal community. Declarant specializes in intellectual property, particularly biological materials and medical devices.

11. I graduated from University of Washington School of Law in June of 2020. The Washington State Bar notified me of my admittance, and my swearing-in date was August 20, 2020.

12. I am licensed to practice before the United States Patent and Trademark Office since 2020.

I have a Bachelor of Arts in Biological Sciences from Vanderbilt University, and a Master of Science in Food Science and Technology from Virginia Tech.  I have experience in intellectual property prosecution and infringement.  I was selected by the University of Washington School of Law to be the recipient of the Thurston Legal Scholarship, as well as a member of the Diversity, Equity, and Inclusion Board.

13.  Declarant's hourly rate of $250 is below the 2014 mean hourly rate of $279 for an associate attorney at a private firm according to the AIPLA 2015 Report of the Economic Survey. Am. Intellectual Prop. Law Ass'n, *Report of the Economic Survey* (2015), at I-36. Exhibit 1 at pg. 2.

14.  The legal services performed by declarant were reasonable and necessary in connection with the proceedings in the above captioned matter.

DATED: Kailua-Kona, Hawaii, August 20, 2021.

CULPEPPER IP, LLLC

Joshua J. Lee