UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MILLENNIUM FUNDING, INC., et al, <br><br> Plaintiffs, <br><br> v. <br><br> WICKED TECHNOLOGY LIMITED et al., <br><br> Defendants. | Civil Action No. 1:21-cv-00282-RDA-TCB |

### NOTICE OF WAIVER OF HEARING

Pursuant to Local Rule 7(j) and Rule 78(b) of the *Federal Rules of Civil Procedure*, the Plaintiffs, by counsel, waive a hearing and submit their Motion for Default Judgment [Doc. #42] for disposition upon the papers filed.

Dated:  Aug. 23, 2021

Respectfully submitted,

 /s/ Kerry S. Culpepper

Kerry S. Culpepper,
Virginia Bar No. 45292
Counsel for Plaintiffs
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Tel.: (808) 464-4047
Fax.: (202) 204-5181
kculpepper@culpepperip.com

20-023I

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2021, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following:

Benjamin E. Maskell, Esquire
MASKELL LAW PLLC
937 N. Daniel St.
Arlington, VA 22201
Email: Ben@MaskellLaw.com
*Counsel for Defendants Wicked Technology Limited, VPN.HT Limited, and Mohamed Amine Faouani*

I further certify that on August 23, 2021 a true and correct copy of the foregoing was served by email to the following:

| JOHN OR JANE DOE d/b/a POPCORNTIME.APP | hello@popcorntime.sh |
|---|---|
| JOHN OR JANE DOE d/b/a POPCORNTIME.APP | 7efd1e7ec8dd9cc42c87d178fb98497d-19003537@contact.gandi.net |

DATED: Kailua Kona, HI, Aug. 23, 2021.

Respectfully submitted,

 /s/ Kerry S. Culpepper

Kerry S. Culpepper*,*
Virginia Bar No. 45292
Counsel for Plaintiffs
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Tel.: (808) 464-4047

2

20-023I