IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| MILLENNIUM FUNDING, INC., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:21-cv-00282-RDA-TCB |
| WICKED TECHNOLOGY LIMITED, d/b/a VPN.HT, *et al.*, | ) |
| Defendants. | ) |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Friday, September 3, 2021, at 10:00 a.m., or as soon thereafter as counsel may be heard, the Plaintiffs MILLENNIUM FUNDING, INC., EVE NEVADA, LLC, HUNTER KILLER PRODUCTIONS, INC., BODYGUARD PRODUCTIONS, INC., GUNFIGHTER PRODUCTIONS, LLC, MILLENNIUM IP, INC., VOLTAGE HOLDINGS, LLC, KILLING LINK DISTRIBUTION, LLC, LHF PRODUCTIONS, INC., RAMBO V PRODUCTIONS, INC., NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., WONDER ONE, LLC and 42 VENTURES, LLC, by counsel, will present the Court with argument in support of their Motion for Default Judgment as to defendant Doe d/b/a POPCORNTIME.APP (ECF No. 42).

Dated: August 24, 2021.

Respectfully submitted,

 /s/ Tyler Southwick
Tyler Southwick
Virginia Bar No. 91087
Counsel for Plaintiffs
HYLAND LAW PLLC
1818 Library Street, Suite 500
Reston, VA  20190
Tel.: (703) 956-3566
Fax: (703) 935-0349
Email: tsouthwick@hylandpllc.com

        Kerry S. Culpepper, *pro hac vice*
        Hawaii Bar No. 9837
        Virginia Bar No. 45292
        Counsel for Plaintiffs
        CULPEPPER IP, LLLC
        75-170 Hualalai Road, Suite B204
        Kailua-Kona, Hawai'i 96740
        Tel.: (808) 464-4047
        Email: kculpepper@culpepperip.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 24th day of August, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to:

Benjamin E. Maskell, Esquire
MASKELL LAW PLLC
937 N. Daniel Street
Arlington, VA 22201

I will then send the document and notification of such filing (NEF) by email on the same date to:

John or Jane Doe
d/b/a POPCORNTIME.APP
Email: hello@popcorntime.sh

John or Jane Doe
d/b/a POPCORNTIME.APP
Email: 7efd1e7ec8dd9cc42c87d178fb98497d-19003537@contact.gandi.net

        /s/ Tyler Southwick
        Tyler Southwick
        Virginia Bar No. 91087
        Counsel for Plaintiffs
        HYLAND LAW PLLC
        1818 Library Street, Suite 500
        Reston, VA 20190
        Tel.: (703) 956-3566
        Fax: (703) 935-0349
        Email: tsouthwick@hylandpllc.com