**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| MILLENNIUM FUNDING, INC., et al, | |
|     Plaintiffs, | Civil Action No. 1:21-cv-00282-RDA-TCB |
|     v. | |
| WICKED TECHNOLOGY LIMITED et al., | |
|     Defendants. | |

## <u>JOINT NOTICE OF TENTATIVE SETTLEMENT</u>

Plaintiffs MILLENNIUM FUNDING, INC., EVE NEVADA, LLC, HUNTER KILLER PRODUCTIONS, INC., BODYGUARD PRODUCTIONS, INC., GUNFIGHTER PRODUCTIONS, LLC, MILLENNIUM IP, INC., VOLTAGE HOLDINGS, LLC, KILLING LINK DISTRIBUTION, LLC, LHF PRODUCTIONS, INC., RAMBO V PRODUCTIONS, INC., NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., WONDER ONE, LLC and 42 VENTURES, LLC ("Plaintiffs") and Defendants WICKED TECHNOLOGY LIMITED, VPN.HT Limited, MOHAMED AMINE FAOUANI ( "The Wicked Defendants")(all collectively, "Parties") provide notice to the Court that they have arrived at a tentative settlement of all claims. The Parties request that the Court stay ruling on The Wicked Defendants' pending Motion to Dismiss [Doc. #29] while they work to finalize and effectuate their tentative settlement.

For the avoidance of doubt, this Notice does not apply to Plaintiffs' Motion for Default Judgment [Doc. #42] against Defendant Doe d/b/a POPCORNTIME.APP.

Dated: Aug. 30, 2021

Respectfully submitted,

20-023I

  /s/ Kerry S. Culpepper
Kerry S. Culpepper,
Virginia Bar No. 45292
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Tel.: (808) 464-4047
Fax.: (202) 204-5181
Email: kculpepper@culpepperip.com
*Counsel for Plaintiffs*

/s/Benjamin E. Maskell/
Benjamin E. Maskell, Esquire
Va. State Bar No. 78791
MASKELL LAW PLLC
937 N. Daniel St.
Arlington, VA 22201
Telephone: (703) 568-4523
Email: Ben@MaskellLaw.com
*Counsel for Defendants Wicked Technology
Limited, VPN.HT Limited, and Mohamed
Amine Faouani*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 30, 2021, a true and correct copy of the foregoing was filed

electronically with the Clerk of Court using the CM/ECF system, which will send a notification of

such filing to the following:

Benjamin E. Maskell, Esquire
MASKELL LAW PLLC
937 N. Daniel St.
Arlington, VA 22201
Email: Ben@MaskellLaw.com
*Counsel for Defendants Wicked Technology
Limited, VPN.HT Limited, and Mohamed
Amine Faouani*

3