**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| MILLENNIUM FUNDING, INC., et al, | |
| Plaintiffs, | Civil Action No. 1:21-cv-00282-RDA-TCB |
| v. | |
| WICKED TECHNOLOGY LIMITED et al., | |
| Defendants. | |

## JOINT NOTICE OF SETTLEMENT PROGRESS

Plaintiffs MILLENNIUM FUNDING, INC., EVE NEVADA, LLC, HUNTER KILLER PRODUCTIONS, INC., BODYGUARD PRODUCTIONS, INC., GUNFIGHTER PRODUCTIONS, LLC, MILLENNIUM IP, INC., VOLTAGE HOLDINGS, LLC, HB PRODUCTIONS, INC., KILLING LINK DISTRIBUTION, LLC, LHF PRODUCTIONS, INC., RAMBO V PRODUCTIONS, INC., NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., WONDER ONE, LLC and 42 VENTURES, LLC (collectively, "Plaintiffs") and Defendants WICKED TECHNOLOGY LIMITED, VPN.HT Limited, MOHAMED AMINE FAOUANI ("Wicked Defendants") (collectively, "Parties"), submit this notice to update the court on the progress of their settlement discussions.

The Parties first notified the court of a prospective settlement on August 30, 2021 (Dkt. No.046). On August 31, 2021, the court stayed (Dkt. No. 047) its determination of the Wicked Defendant's motion to dismiss (Dkt. No. 29) until October 1, 2021.

The Parties now report that they have executed an agreement to resolve the claims between them and are waiting for certain conditions precedent to be met, after which the Parties intend to file a joint order with the Court.

In view of the foregoing, the Parties respectfully request the Court to extend the stay (Dkt. No. 047) through Nov. 1, 2021.

Dated September 29, 2021

Respectfully submitted,

  _/s/ Kerry S. Culpepper____             ____/s/ Benjamin E. Maskell_____
Kerry S. Culpepper, Esq.                Benjamin E. Maskell, Esquire
Virginia Bar No. 45292                  Virginia Bar No. 78791
CULPEPPER IP, LLLC                      MASKELL LAW PLLC
75-170 Hualalai Road, Suite B204        937 N. Daniel St.
Kailua-Kona, Hawai'i 96740              Arlington, VA 22201
Tel.: (808) 464-4047                    Telephone: (703) 568-4523
Fax.: (202) 204-5181                    Email: Ben@MaskellLaw.com
Email: kculpepper@culpepperip.com       *Counsel for Defendants Wicked Technology*
*Counsel for Plaintiffs*                *Limited, VPN.HT Limited, and Mohamed*
                                        *Amine Faouani*

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2021, a true copy of the foregoing Memorandum in Support of Motion to Dismiss Plaintiffs' First Amended Complaint was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following:

Kerry S. Culpepper
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
kculpepper@culpepperip.com
*Counsel for Plaintiffs*

Timothy B. Hyland
HYLAND LAW PLLC
1818 Library Street, Suite 500
thyland@hylandpllc.com
*Counsel for Plaintiffs*

/Benjamin E. Maskell/_____
Benjamin E. Maskell, Esquire
Va. State Bar No. 78791
MASKELL LAW PLLC
937 N. Daniel St.
Arlington, VA 22201
Telephone: (703) 568-4523
Email: Ben@MaskellLaw.com
*Counsel for Defendants Wicked Technology
Limited, VPN.HT Limited, and Mohamed
Amine Faouani*