IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MILLENNIUM FUNDING, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-282 (RDA/TCB) |
| ) | |
| WICKED TECHNOLOGY LIMITED d/b/a ) | |
| VPN.HT, VPN.HT LIMITED, MOHAMED ) | |
| AMINE FAOUANI, JOHN OR JANE DOE ) | |
| d/b/a POPCORNTIME.APP, and DOES ) | |
| 1-100, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the Court on the parties' Joint Notice of Settlement Progress ("Notice"). Dkt. 49. On August 31, 2021, the Court stayed the case through October 1, 2021, at 5:00 p.m. Dkt. 47. In their Notice, the parties request that the Court extend its stay while the parties work to finalize their settlement agreement and file the appropriate proposed joint order with the Court.

Having considered the Notice, and for good cause shown, is hereby ORDERED that the Court's stay is extended until November 1, 2021 at 5:00 p.m. No further requests to extend the stay will be granted.[1]

It is SO ORDERED.

Alexandria, Virginia
September 29, 2021

/s/
Rossie D. Alston, Jr.
United States District Judge

---

[1] This Order does not affect the Court's consideration and resolution of Plaintiffs' Motion for Default Judgment (Dkt. 42) against Defendant Doe d/b/a POPCORNTIME.APP.