**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| MILLENNIUM FUNDING, INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Civil Action No.  1:21-CV-282 (RDA/TCB) |
| | ) |
| WICKED TECHNOLOGY LIMITED | ) |
| d/b/a/ VPN.HT, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER**

This matter came before the Court on Non-party Google LLC's Unopposed Motion for Leave to File Objections to Certain Provisions of Plaintiffs' Default Judgment Proposed Order. (Dkt. 53.) Having considered the arguments for and against, and for good cause shown, it is hereby

**ORDERED** that Google's Motion for Leave to File Objections to Certain Provisions of Plaintiffs' Default Judgment Proposed Order is **GRANTED**; and it is further

**ORDERED** that Google shall have fourteen days from the date of this order to file its objections in the form of a memorandum of law comporting with Local Civil Rule 7(F)(3).

ENTERED this 5th day of October, 2021

_____ /s/
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia