UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MILLENNIUM FUNDING, INC., et al, <br><br> Plaintiffs, <br><br> v. <br><br> WICKED TECHNOLOGY LIMTED et al., <br><br> Defendants. | Civil Action No. 1:21-cv-00282-RDA-TCB |

**PLAINTIFFS' NOTICE OF SUBMISSION OF AMENDED PROPOSED ORDER FOR MOTION FOR DEFAULT JUDGMENT
<u>AGAINST DEFENDANT DOE d/b/a POPCORNTIME.APP</u>**

Plaintiffs MILLENNIUM FUNDING, INC., EVE NEVADA, LLC, HUNTER KILLER PRODUCTIONS, INC., BODYGUARD PRODUCTIONS, INC., GUNFIGHTER PRODUCTIONS, LLC, MILLENNIUM IP, INC., VOLTAGE HOLDINGS, LLC, KILLING LINK DISTRIBUTION, LLC, LHF PRODUCTIONS, INC., RAMBO V PRODUCTIONS, INC., NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., WONDER ONE, LLC and 42 VENTURES, LLC ("Plaintiffs"), by and through their counsel, submit an amended proposed order for their Motion for Default Judgment [Doc. #42] against Defendant Doe d/b/a POPCORNTIME.APP previously submitted on Aug. 23, 2021 for this Court's consideration. The amended proposed order limits the scope of requested injunctive relief to Defendant Doe d/b/a POPCORNTIME.APP. The amended proposed order is submitted without prejudice to Plaintiffs rights to request further injunctive relief in the future.

Exhibit "1" is a marked-up version of the amended proposed order to show changes with respect to the previous submitted revised order.

DATED: Kailua Kona, HI, Oct. 13, 2021.

20-023I

Respectfully submitted,

 /s/ Kerry S. Culpepper

Kerry S. Culpepper,
Virginia Bar No. 45292
Counsel for Plaintiffs
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Tel.: (808) 464-4047
Fax.: (202) 204-5181
kculpepper@culpepperip.com
***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on Oct. 13, 2021, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following:

Benjamin E. Maskell, Esquire
MASKELL LAW PLLC
937 N. Daniel St.
Arlington, VA 22201
Email: Ben@MaskellLaw.com
*Counsel for Defendants Wicked Technology Limited, VPN.HT Limited, and Mohamed Amine Faouani*

Mary Declan Hallerman
Snell & Wilmer L.L.P.
2001 K Street, N.W.
Suite 425 North
Washington, D.C. 20006
Email: mhallerman@swlaw.com, docket_den@swlaw.com
*Counsel for non-party Google, LLC*

I further certify that on Oct. 13, 2021 a true and correct copy of the foregoing was served by email to the following:

| JOHN OR JANE DOE d/b/a POPCORNTIME.APP | hello@popcorntime.sh |
|---|---|
| JOHN OR JANE DOE d/b/a POPCORNTIME.APP | 7efd1e7ec8dd9cc42c87d178fb98497d-19003537@contact.gandi.net |

DATED: Kailua Kona, HI, Oct. 13, 2021.

Respectfully submitted,

/s/ Kerry S. Culpepper

3

20-023I

        Kerry S. Culpepper,
Virginia Bar No. 45292
Counsel for Plaintiffs
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Tel.: (808) 464-4047
Fax.: (202) 204-5181
kculpepper@culpepperip.com
***Attorney for Plaintiffs***

20-023I